

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00066-CV

| | | |
|---|---|---|
| CEDRIC LAVON BILLUPS, SR. AND DONNA MARIE BILLUPS, Appellants | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2019-002120-1) |
| V. | § | April 30, 2020 |
| | § | |
| ARBELAEZ INVESTMENTS, LLC, Appellee | | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Elizabeth Kerr
      Justice Elizabeth Kerr